

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2016

No. 04-16-00296-CV

**IN THE INTEREST OF T.M.C., A.M.C., AND N.R.S.C.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02352
Honorable Peter Sakai, Judge Presiding

# O R D E R

Appellee's Motion for Extension of Time to File Brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court